for petitioner. *Mr. Benjamin Albert Greathouse* for respondent.

No. 1045. FIRST NATIONAL BENEFIT SOCIETY *v.* STUART, COLLECTOR OF INTERNAL REVENUE. June 21, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Allan K. Perry* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, Samuel H. Levy,* and *Paul R. Russell* for respondent.

No. 1046. DURABLE TOY & NOVELTY CORP. *v.* J. CHEIN & CO., INC., ET AL. June 21, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John P. Chandler* for petitioner.

No. 1049. NIKOLAS ET AL. *v.* WITTER. June 21, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Walter E. Wiles* and *Harry G. Hershenson* for petitioners. *Mr. Hymen S. Gratch* for respondent.

No. 1050. ORDER OF UNITED COMMERCIAL TRAVELERS *v.* MOORE. June 21, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Harry L. Greene* and *E. W. Dillon* for petitioner. *Mr. Welborn B. Cody* for respondent.

No. 1054. GRECO *v.* UNITED STATES. June 21, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Frederic M. P.*